No. 12–0317/AF. U.S. v. Ronnie Wilson. CCA 37486. Review granted on the following issue:

> WHETHER SPECIFICATIONS 1 AND 5 OF CHARGE III FAIL TO STATE AN OFFENSE UNDER ARTICLE 134, UCMJ, BECAUSE NEITHER SPECIFICATION ALLEGES THE TERMINAL ELEMENT.

No briefs will be filed under Rule 25.